IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRESERVATION TECHNOLOGIES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 13-1689 (SLR) |
| | ) |
| CBS INTERACTIVE, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

**WHEREAS,** Plaintiff Preservation Technologies, LLC ("Preservation") and Defendant CBS Interactive, Inc. ("Defendant") have settled Preservation's claims for relief against Defendant;

**NOW, THEREFORE,** Preservation and Defendant, through their attorneys of record, request this Court to dismiss Preservation's claims for relief against Defendant, with prejudice and with all attorney's fees, costs of court and expenses borne by the party incurring the same.

Dated: December 10, 2013

FARNAN LLP

/s/ *Brian E. Farnan*

Brian E. Farnan (#4089)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com

*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendant*